Barbara Schultz, an Infant, by John F. Francis, Her Guardian ad Litem, Respondent, v. William Willett, Jr., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ.

M. Cecilia Sherwood, as Trustee under a Certain Trust Deed Executed and Delivered by Watson Sanford on the 30th Day of October, 1906, Respondent, v. Carrie M. Rulon and Carrie S. Rulon Sherbino, Appellants, Impleaded with George D. Sanford and Lodevicus V. Sanford, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

Patrick Simpson, Respondent, v. The Foundation Company, Appellant.— Judgment and order affirmed on reargument, with costs. (See 132 App. Div. 375.) No opinion. Hirschberg, P. J., Gaynor and Rich, JJ., concurred; Jenks and Burr, JJ., dissented. A majority of the entire court having on the two arguments voted for reversal, execution will be stayed thirty days to enable final appeal to be perfected if so advised.

Annie Smillie, as Administratrix, etc., of Robert Smillie, Deceased, Respondent, v. McClintic-Marshall Contracting Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

Jeffrey Smith, Appellant, v. William Geiger, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Burr, Rich and Miller, JJ., concurred; Hirschberg, P. J., dissented.

Reinhard Stork, Respondent, v. John D. Lymber, Appellant.— Judgment and order of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ.

Henry S. Strauss, Respondent, v. Eastern Brewing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Bridget Sullivan, as Administratrix, etc., of James J. Sullivan, Deceased, Respondent, v. Hay Foundry and Iron Works, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Wilbur L. Swift, Respondent, v. Lucius N. Littauer, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

Thomas F. Tierney, Respondent, v. Jacob S. Dubroff and Others, Appellants, and Others, Defendants.— Judgment of the County Court of Queens county affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

George Tonkonogy and Israel Kaufman, Respondents, v. Abraham Fuchs and Others, Appellants.— Judgment, in so far as appealed from, affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

United States of America, Appellant, v. James Breen, Respondent.— It is important to determine first whether any appeal lies in naturalization proceed-